|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           *Plaintiff*,<br><br>v.<br><br>MARQUIS PROPERTIES, LLC, a Utah Limited Liability Company, CHAD DEUCHER, an individual and RICHARD CLATFELTER, an individual,<br><br>           *Defendants*;<br><br>and<br><br>JESSICA DEUCHER, an individual,<br><br>           *Relief Defendant*. | **ORDER APPROVING RECEIVER'S FIRST INTERIM FEE APPLICATION FOR SERVICES RENDERED FROM JANUARY 18, 2017 THROUH JUNE 30, 2017**<br><br>Case No. 2:16-cv-00040-JNP<br><br>Judge Jill N. Parrish |

Before the court is the Receiver's First Interim Fee Application for Services Rendered from January 18, 2017 Through June 30, 2017 (ECF No. 175). Having considered the First Interim Fee Application and the exhibits attached thereto, the court finds that the fees incurred by the Receiver are reasonable and that good cause exists for granting the First Interim Fee Application.

  **NOW THERFORE,**

  **IT IS HEREBY ORDERED** that the First Interim Fee Application is **GRANTED.**

**IT IS FURTHER ORDERED** that the fees requested by the Receiver for the time period covered by the First Interim Fee Application are allowed on an interim basis in the amount of **$55,225** with payment of **$44,180** given the twenty-percent holdback.[1]

**IT IS FURTHER ORDERED** that the fees requested by Ray Quinney & Nebeker for the time period covered by the First Interim Fee Application are allowed on an interim basis in the amount of **$147,030** with payment of **$117,624** given the twenty-percent holdback.[2]

**IT IS FURTHER ORDERED** that the expense reimbursement for costs advanced by Ray Quinney & Nebeker is allowed on an interim basis in the amount of **$13,874.51** with payment of **$11,099.61** given the twenty-percent holdback.

**IT IS FURTHER ORDERED** that Marquis Properties, LLC is hereby authorized and directed on an interim basis to pay the Receiver and Ray Quinney & Nebeker the amounts awarded herein from available funds.

Signed January 10, 2018

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge

---

[1] An apparent typo on page 10 of the First Interim Fee Application indicates that the total fees for the Receiver are $55,350. This number does not correspond to billing records, and the court therefore disregards it as a typo.

[2] An apparent typo on page 10 of the First Interim Fee Application indicates that the total fees for Ray Quinney & Nebeker are $147,229.50. This number does not correspond to billing records, and the court therefore disregards it as a typo.