# EXHIBIT A

# STANDARDIZED FUND ACCOUNTING REPORT

## Standardized Fund Accounting Report for Receivership Account, Marquis - Cash Basis
SEC v. Marquis Properties, LLC; Civil Court Docket No. 2:16-cv-00040-JNP
Reporting Period 07/01/2017 to 12/31/2017

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 07/01/2017): | - | - | - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | - | - | - |
| Line 3 | Cash & Securities | - | - | - |
| Line 4 | Interest/Dividend Income | - | - | - |
| Line 5 | Business Asset Liquidation | 6,034.72 | 6,034.72 | 6,034.72 |
| Line 6 | Personal Asset Liquidation | - | - | - |
| Line 7 | Third-Party Litigation Income | - | - | - |
| Line 8 | Miscellaneous - Other | 41.31 | 41.31 | 41.31 |
| | Total Funds Available (Lines 1-8): | 6,076.03 | 6,076.03 | 6,076.03 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursement to Investors | - | - | - |
| Line 10 | Disbursements for Receivership Operations | - | - | - |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investments Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | - | - | - |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | - | - | - |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | - | - | - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | - | - | - |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | - | - | - |
| | **Total Funds Disbursed (Lines 9-11):** | - | - | - |
| Line 13 | Ending Balance (As of 12/31/2017): | 6,076.03 | 6,076.03 | 6,076.03 |

## Standardized Fund Accounting Report for Receivership Account, Marquis - Cash Basis
SEC v. Marquis Properties, LLC; Civil Court Docket No. 2:16-cv-00040-JNP
Reporting Period 07/01/2017 to 12/31/2017

| | | | | |
|---|---|---:|---:|---:|
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | 6,076.03 | 6,076.03 | 6,076.03 |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund - Net Assets | | | 6,076.03 |

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| **Other Supplemental Information:** | | | | |
| | *Report of items NOT to be paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | - | - | - |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expense Not Paid by the Fund | - | - | - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | - | - | - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | - | - | - |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | - | - | - |
| Line 17 | **DC & State Tax Payments** | - | - | - |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period | - | - | - |
| Line 18b | # of Claims Received Since Inception of Fund | - | - | - |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | - | - | - |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | - | - | - |

Receiver: Maria E. Windham

By: /s/ Maria E. Windham
    (signature)

Maria E. Windham
    (printed name)

Receiver of Marquis Properties Receivership Estate
    (title)

Date: March 5, 2018