SECURITIES AND EXCHANGE
COMMISSION,

        *Plaintiff*,

v.

MARQUIS PROPERTIES, LLC, a Utah
Limited Liability Company, CHAD
DEUCHER, an individual and RICHARD
CLATFELTER, an individual,

        *Defendants*;

and

JESSICA DEUCHER, an individual,

        *Relief Defendant*.

**ORDER APPROVING RECEIVER'S
SECOND INTERIM FEE APPLICATION
FOR SERVICES RENDERED FROM
JULY 1, 2017 THROUH DECEMBER 31,
2017**

Case No. 2:16-cv-00040-JNP

Judge Jill N. Parrish

Before the court is the Receiver's Second Interim Fee Application for Services Rendered from July 1, 2017 Through December 31, 2017 (ECF No. 225). Having considered the Second Interim Fee Application and the exhibits attached thereto, the court finds that the fees incurred by the Receiver are reasonable and that good cause exists for granting the Second Interim Fee Application.

    **NOW THERFORE,**

    **IT IS ORDERED** that the Second Interim Fee Application is **GRANTED.**

    **IT IS FURTHER ORDERED** that the fees requested by the Receiver for the time period covered by the Second Interim Fee Application are allowed on an interim basis in the amount of **$43,575** with payment of **$34,860** given the twenty-percent holdback.

**IT IS FURTHER ORDERED** that the fees requested by Ray Quinney & Nebeker for the time period covered by the Second Interim Fee Application are allowed on an interim basis in the amount of **$36,990** with payment of **$29,592** given the twenty-percent holdback.

**IT IS FURTHER ORDERED** that the expense reimbursement for costs advanced by Ray Quinney & Nebeker for the time period covered by the Second Interim Fee Application is allowed on an interim basis in the amount of **$7978.80** with payment of **$6403.04** given the twenty-percent holdback.

**IT IS FURTHER ORDERED** that Marquis Properties, LLC is hereby authorized and directed on an interim basis to pay the Receiver and Ray Quinney & Nebeker the amounts awarded herein from available funds.

Signed May 31, 2018

BY THE COURT

Jill N. Parrish
United States District Court Judge