# EXHIBIT A
# STANDARDIZED FUND ACCOUNTING REPORT

**Standardized Fund Accounting Report for Receiver's Account, Marquis - Cash Basis**
SEC v. Marquis Properties, LLC; Civil Court Docket No. 2:16-cv-00040-JNP
Reporting Period 04/01/2018 to 08/31/2018

| | Fund Accounting (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 4/01/2018): | $ 107,783.79 | $ 107,783.79 | $ 107,783.79 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $ - | $ - | $ - |
| Line 3 | **Cash & Securities** | $ - | $ - | $ - |
| Line 4 | **Interest/Dividend Income** | $ 3.19 | $ 3.19 | $ 3.19 |
| Line 5 | **Business Asset Liquidation** | $ - | $ - | $ - |
| Line 6 | **Personal Asset Liquidation** | $ - | $ - | $ - |
| Line 7 | **Third-Party Litigation Income** | $ 175,626.21 | $ 175,626.21 | $ 175,626.21 |
| Line 8 | **Miscellaneous - Other** | $ - | $ - | $ - |
| | Total Funds Available (Lines 1-8): | $ 283,413.19 | $ 283,413.19 | $ 283,413.19 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursement to Investors** | $ - | $ - | $ - |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $ (34,860.00) | $ (34,860.00) | $ (34,860.00) |
| Line 10b | Business Asset Expenses | $ - | $ - | $ - |
| Line 10c | Personal Asset Expenses | $ - | $ - | $ - |
| Line 10d | Investments Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | $ (29,592.00) | $ (29,592.00) | $ (29,592.00) |
| | 2. Litigation Expenses | $ (6,403.04) | $ (6,403.04) | $ (6,403.04) |
| | *Total Third-Party Litigation Expenses* | $ (35,995.04) | $ (35,995.04) | $ (35,995.04) |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | $ (116.81) | $ (116.81) | $ (116.81) |
| | **Total Disbursements for Receivership Operations** | $ (70,971.85) | $ (70,971.85) | $ (70,971.85) |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | $ - | $ - | $ - |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | $ - | $ - | $ - |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | Total Disbursements to Court/Other: | $ - | $ - | $ - |
| | Total Funds Disbursed (Lines 9-11): | $ (70,971.85) | $ (70,971.85) | $ (70,971.85) |
| Line 13 | **Ending Balance (As of 08/31/2018):** | $ 212,441.34 | $ 212,441.34 | $ 212,441.34 |

**Standardized Fund Accounting Report for Receiver's Account, Marquis - Cash Basis**
SEC v. Marquis Properties, LLC; Civil Court Docket No. 2:16-cv-00040-JNP
Reporting Period 04/01/2018 to 08/31/2018

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | $ - | $ - | $ - |
| Line 14b | Investments | $ - | $ - | $ - |
| Line 14c | Other Assets or Uncleared Funds | $ - | $ - | $ - |
| | **Total Ending Balance of Fund - Net Assets** | $ - | $ - | $ - |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Other Supplemental Information:** | | | | |
| | *Report of items NOT to be paid by the Fund:* | | | |
| **Line 15** | **Disbursements for Plan administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | $ - | $ - | $ - |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expense Not Paid by the Fund* | $ - | $ - | $ - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | $ - | $ - | $ - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | $ - | $ - | $ - |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | $ - | $ - | $ - |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | $ - | $ - | $ - |
| **Line 17** | **DC & State Tax Payments** | $ - | $ - | $ - |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period | 0 | | |
| Line 18b | # of Claims Received Since Inception of Fund | 0 | | |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 0 | | |

Receiver:  Maria E. Windham

By: /s/ Maria E. Windham
    (signature)

Maria E. Windham
    (printed name)

Receiver of Marquis Properties Receivership

Date: September 13, 2018