## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> vs.<br><br>MARQUIS PROPERTIES, LLC, a Utah Limited Liability Company, CHARD DEUCHER, an individual, and RICHARD CLATFELTER, an individual,<br><br>    Defendants,<br><br>JESSICA DEUCHER, an individual,<br><br>    Relief Defendant<br><br>  And<br><br>HODGES HOLDING, LLC, and U.S. BANK NATIONAL ASSOCIATION,<br><br>    Intervenors. | **ORDER GRANTING RECEIVER'S FOURTH INTERIM FEE APPLICATION FOR SERVICES RENDERED FROM APRIL 1, 2018 THROUGH JUNE 30, 2018**<br><br><br>Case No. 2:16-cv-00040-JNP<br><br>Judge: Hon. Jill N. Parrish |

Before the court is the Receiver's Fourth Interim Fee Application for Services Rendered from April 1, 2018 Through June 30, 2018 [Docket 249]. Having considered the Fourth Interim Fee Application and the exhibits attached thereto, the court finds that the fees incurred by the Receiver are reasonable and that good cause exists for granting the Fourth Interim Fee Application.

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Fourth Interim Fee Application is **GRANTED.**

**IT IS FURTHER ORDERED** that the fees requested by the Receiver for the time period covered by the Fourth Interim Fee Application are allowed on an interim basis in the amount of **$54,025** with payment of one-half of **$43,220** given the twenty-percent holdback.  The fee payment due for the Receiver is **$21,610**.

**IT IS FURTHER ORDERED** that the fees requested by Ray Quinney & Nebeker for the time period covered by the Fourth Interim Fee Application are allowed on an interim basis in the amount of **$72,636** with payment of one-half of **$58,108.80** given the twenty-percent holdback.  The fee payment due for Ray Quinney & Nebeker is **$29,054.40**.

**IT IS FURTHER ORDERED** that the fees requested by Deiss Law for the time period covered by the Fourth Interim Fee Application are allowed on an interim basis in the amount of **$20,209.95** with payment of one-half of **$16,167.96** given the twenty-percent holdback.  The fee payment due for Deiss Law is **$8,083.98**.

**IT IS FURTHER ORDERED** that the expense reimbursement for costs advanced by Ray Quinney & Nebeker is allowed on an interim basis in the amount of **$3,297.26** with payment of one-half of **$2,637.81** given the twenty-percent holdback.  The cost payment due for Ray Quinney & Nebeker is **$1,318.91**.

**IT IS FURTHER ORDERED** that the expense reimbursement for costs advanced by Deiss Law is allowed on an interim basis in the amount of **$663** with payment of one-half of **$530.40** given the twenty-percent holdback.  The cost payment due for Deiss Law is **$265.20**.

**IT IS FURTHER ORDERED** that Marquis Properties, LLC is hereby authorized and directed on an interim basis to pay the Receiver, Ray Quinney & Nebeker and Deiss Law the amounts awarded herein from available funds.

DATED November 28, 2018.

THE COURT

_____
Judge Jill Parrish