IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MARQUIS PROPERTIES, LLC, CHAD DEUCHER, and RICHARD CLATFELTER,<br><br>    Defendants,<br><br>JESSICA DEUCHER,<br><br>    Relief Defendant,<br><br>and<br><br>HODGES HOLDING, LLC,<br><br>    Intervenor. | **ORDER DISMISSING RELIEF DEFENDANT JESSICA DEUCHER**<br><br>Case No. 2:16-cv-00040-JNP<br><br>District Judge Jill N. Parrish |

    The court GRANTS the SEC's motion to dismiss relief defendant Jessica Deucher. [Docket 268]. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and good cause appearing, the court dismisses all claims against this defendant with prejudice.

    DATED February 13, 2019.

                                                    BY THE COURT:

                                                    District Judge Jill N. Parrish