# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>MARQUIS PROPERTIES, LLC, a Utah Limited Liability Company, CHARD DEUCHER, an individual, and RICHARD CLATFELTER, an individual,<br><br>　　　　　　　　Defendants, | **ORDER GRANTING RECEIVER'S FIFTH INTERIM FEE APPLICATION FOR SERVICES RENDERED FROM JULY 1, 2018 THROUGH SEPTEMBER 30, 2018**<br><br>Case No. 2:16-cv-00040-JNP<br><br>Judge: Hon. Jill N. Parrish |

Before the court is the Receiver's Fifth Interim Fee Application for Services Rendered from July 1, 2018 through September 30, 2018. Having considered the Fifth Interim Fee Application and the exhibits attached thereto, the court finds that the fees incurred by the Receiver are reasonable and that good cause exists for granting the Fifth Interim Fee Application. [Docket 258].

**IT IS HEREBY ORDERED** that the Fifth Interim Fee Application is **GRANTED.**

The Court hereby authorizes full payment of the Receiver's pending Fifth Interim Fee Application filed November 21, 2018 from the Receivership Account for a total payment of $71,280.36, including $17,180.00 in Receiver's fees, $52,230.60 in attorneys' fees, and $1,869.76 in expenses.

1

DATED March 7, 2019.

                         THE COURT

                         */s/ Jill N. Parrish*
                         Judge Jill N. Parrish