**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br> vs. <br><br> MARQUIS PROPERTIES, LLC, CHARD DEUCHER, and RICHARD CLATFELTER, <br><br> Defendants. | **ORDER GRANTING RECEIVER'S SIXTH INTERIM FEE APPLICATION FOR SERVICES RENDERED FROM OCTOBER 1, 2018 THROUGH DECEMBER 31, 2018** <br><br> Case No. 2:16-cv-00040-JNP <br><br> Judge: Hon. Jill N. Parrish |

Before the court is the Receiver's Sixth Interim Fee Application for Services Rendered from October 1, 2018 through December 31, 2018. [Docket 272]. Having considered the Sixth Interim Fee Application and the exhibits attached thereto, the court finds that the fees incurred by the Receiver are reasonable and that good cause exists for granting the Sixth Interim Fee Application.

**IT IS HEREBY ORDERED** that the Sixth Interim Fee Application is **GRANTED.**

The Court hereby approves the Receiver's fees, Attorneys' Fees, and Expenses identified in this Sixth Interim Fee Application filed February 16, 2019 from the Receivership Account for a total payment of $48,400.66, including $10,860.00 in Receiver's fees, $36,045.60 in attorneys' fees, and $1,495.06 in expenses, to be made by the Receiver when sufficient settlement funds to cover the payment are depositing in the Receivership Account.

DATED March 7, 2019.

THE COURT

_____
Judge Jill N. Parrish