# EXHIBIT A
# STANDARDIZED FUND ACCOUNTING REPORT

**Standardized Fund Accounting Report for Receiver's Account, Marquis - Cash Basis**
SEC v. Marquis Properties, LLC; Civil Court Docket No. 2:16-cv-00040-JNP
Reporting Period 1/01/2019 to 6/30/2019

| | Fund Accounting (See Instructions): | | Detail | | Subtotal | | Grand Total |
|---|---|---|---:|---|---:|---|---:|
| Line 1 | **Beginning Balance (As of 12/31/2018):** | $ | 45,765.00 | $ | 45,765.00 | $ | 45,765.00 |
| | *Increases in Fund Balance:* | | | | | | |
| Line 2 | **Business Income** | $ | - | $ | - | $ | - |
| Line 3 | **Cash & Securities** | $ | - | $ | - | $ | - |
| Line 4 | **Interest/Dividend Income** | $ | 6.53 | $ | 6.53 | $ | 6.53 |
| Line 5 | **Business Asset Liquidation** | $ | - | $ | - | $ | - |
| Line 6 | **Personal Asset Liquidation** | $ | - | $ | - | $ | - |
| Line 7 | **Third-Party Litigation Income** | $ | 61,387.75 | $ | 61,387.75 | $ | 61,387.75 |
| Line 8 | **Miscellaneous - Other** | $ | - | $ | - | $ | - |
| | Total Funds Available (Lines 1-8): | $ | 107,159.28 | $ | 107,159.28 | $ | 107,159.28 |
| | *Decreases in Fund Balance:* | | | | | | |
| Line 9 | **Disbursement to Investors** | $ | - | $ | - | $ | - |
| Line 10 | **Disbursements for Receivership Operations** | | | | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $ | 17,180.00 | $ | 17,180.00 | $ | 17,180.00 |
| Line 10b | Business Asset Expenses | $ | - | $ | - | $ | - |
| Line 10c | Personal Asset Expenses | $ | - | $ | - | $ | - |
| Line 10d | Investments Expenses | $ | - | $ | - | $ | - |
| Line 10e | Third-Party Litigation Expenses | | | | | | |
| | 1. Attorney Fees | $ | 52,230.60 | $ | 52,230.60 | $ | 52,230.60 |
| | 2. Litigation Expenses | $ | 2,106.30 | $ | 2,106.30 | $ | 2,106.30 |
| | *Total Third-Party Litigation Expenses* | $ | 54,336.90 | $ | 54,336.90 | $ | 54,336.90 |
| Line 10f | Tax Administrator Fees and Bonds | | | | | | |
| Line 10g | Federal and State Tax Payments | $ | - | $ | - | $ | - |
| | Total Disbursements for Receivership Operations | $ | 71,516.90 | $ | 71,516.90 | $ | 71,516.90 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | | | |
| | 1. Fees: | | | | | | |
| |     Fund Administrator | | | | | | |
| |     Independent Distribution Consultant (IDC) | | | | | | |
| |     Distribution Agent | | | | | | |
| |     Consultants | | | | | | |
| |     Legal Advisers | | | | | | |
| |     Tax Advisers | | | | | | |
| | 2. Administrative Expenses | | | | | | |
| | 3. Miscellaneous | | | | | | |
| | *Total Plan Development Expenses* | $ | - | $ | - | $ | - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | | | |
| | 1. Fees: | | | | | | |
| |     Fund Administrator | | | | | | |
| |     Independent Distribution Consultant (IDC) | | | | | | |
| |     Distribution Agent | | | | | | |
| |     Consultants | | | | | | |
| |     Legal Advisers | | | | | | |
| |     Tax Advisers | | | | | | |
| | 2. Administrative Expenses | | | | | | |
| | 3. Investor Identification: | | | | | | |
| |     Notice/Publishing Approved Plan | | | | | | |
| |     Claimant Identification | | | | | | |
| |     Claims Processing | | | | | | |
| |     Web Site Maintenance/Call Center | | | | | | |
| | 4. Fund Administrator Bond | | | | | | |
| | 5. Miscellaneous | | | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | | | | |
| | *Total Plan Implementation Expenses* | $ | - | $ | - | $ | - |
| | Total Disbursements for Distribution Expenses Paid by the Fund | $ | - | $ | - | $ | - |
| Line 12 | **Disbursements to Court/Other:** | | | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $ | - | $ | - | $ | - |
| Line 12b | *Federal Tax Payments* | $ | - | $ | - | $ | - |
| | Total Disbursements to Court/Other: | $ | - | $ | - | $ | - |
| | Total Funds Disbursed (Lines 9-11): | $ | 71,516.90 | $ | 71,516.90 | $ | 71,516.90 |
| Line 13 | **Ending Balance (As of 6/30/2019):** | $ | 35,642.38 | $ | 35,642.38 | $ | 35,642.38 |

**Standardized Fund Accounting Report for Receiver's Account, Marquis - Cash Basis**
SEC v. Marquis Properties, LLC; Civil Court Docket No. 2:16-cv-00040-JNP
Reporting Period 1/01/2019 to 6/30/2019

| Line 14 | Ending Balance of Fund - Net Assets: | | | |
|---|---|---|---|---|
| Line 14a | Cash & Cash Equivalents | $ - | $ - | $ - |
| Line 14b | Investments | $ - | $ - | $ - |
| Line 14c | Other Assets or Uncleared Funds | $ - | $ - | $ - |
| | Total Ending Balance of Fund - Net Assets | $ - | $ - | $ - |

| Other Supplemental Information: | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of items NOT to be paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | $ - | $ - | $ - |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expense Not Paid by the Fund* | $ - | $ - | $ - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | $ - | $ - | $ - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | $ - | $ - | $ - |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | $ - | $ - | $ - |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | $ - | $ - | $ - |
| Line 17 | **DC & State Tax Payments** | $ - | $ - | $ - |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period | 0 | | |
| Line 18b | # of Claims Received Since Inception of Fund | 0 | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 0 | | |

Receiver: Maria E. Windham

By: /s/ Maria E. Windham
   (signature)

   Maria E. Windham
   (printed name)

Receiver of Marquis Properties Receivership

Date: August 12, 2019