IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>MARQUIS PROPERTIES, LLC, a Utah Limited Liability Company, CHARD DEUCHER, an individual, and RICHARD CLATFELTER, an individual,<br><br>　　　　　　　Defendants,<br><br>JESSICA DEUCHER, an individual,<br><br>　　　　　　　Relief Defendant<br><br>　And<br><br>HODGES HOLDING, LLC, and U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　　　Intervenors. | ORDER GRANTING RECEIVER'S SEVENTH INTERIM FEE APPLICATION FOR SERVICES RENDERED FROM JANUARY 1, 2019 THROUGH JUNE 30, 2019<br><br><br>Case No. 2:16-cv-00040-JNP<br><br>Judge: Hon. Jill N. Parrish |

Before the court is the Receiver's Seventh Interim Fee Application for Services Rendered from January 1, 2019 through June 30, 2019. Having considered the Seventh Interim Fee Application and the exhibits attached thereto, the court finds that the fees incurred by the Receiver are reasonable and that good cause exists for granting the Seventh Interim Fee Application.

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Seventh Interim Fee Application is **GRANTED.**

1

2

The Court hereby approves the Receiver's fees, Attorneys' Fees, and Expenses identified in this Seventh Interim Fee Application filed September 13, 2019 from the Receivership Account for a total payment of $51,030.60, including $7,320.00 in Receiver's fees, $43,617.00 in attorneys' fees, and $93.60 in expenses, to be made by the Receiver when sufficient settlement funds to cover the payment are depositing in the Receivership Account.

DATED September 17, 2019.

                THE COURT

                _____
                Judge Jill N. Parrish