# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br>vs.<br><br>MARQUIS PROPERTIES, LLC, a Utah Limited Liability Company, CHARD DEUCHER, an individual, and RICHARD CLATFELTER, an individual,<br><br>      Defendants,<br><br>JESSICA DEUCHER, an individual,<br><br>      Relief Defendant<br><br>  And<br><br>HODGES HOLDING, LLC, and U.S. BANK NATIONAL ASSOCIATION,<br><br>      Intervenors. | ORDER GRANTING RECEIVER'S EIGHTH INTERIM FEE APPLICATION FOR SERVICES RENDERED FROM JULY 1, 2019 THROUGH SEPTEMBER 30, 2019<br><br><br>Case No. 2:16-cv-00040-JNP<br><br>Judge: Hon. Jill N. Parrish |

  Before the court is the Receiver's Eighth Interim Fee Application for Services Rendered from July 1, 2019 through September 30, 2019. [Docket 307]. Having considered the Eighth Interim Fee Application and the exhibits attached thereto, the court finds that the fees incurred by the Receiver are reasonable and that good cause exists for granting the Eighth Interim Fee Application.

  It is hereby ORDERED that the Eighth Interim Fee Application is GRANTED.

1

The court hereby approves the Receiver's fees and Attorneys' Fees identified in this Eighth Interim Fee Application filed December 4, 2019 from the Receivership Account for a total payment of $44,462.80, including $5,200.00 in Receiver's fees and $39,262.80 in attorneys' fees to be made by the Receiver when sufficient settlement funds to cover the payment are deposited in the Receivership Account.

DATED January 3, 2020.

                    THE COURT

                    _____
                    Judge Jill N. Parrish