# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br> vs.<br><br>MARQUIS PROPERTIES, LLC, a Utah Limited Liability Company, CHARD DEUCHER, an individual, and RICHARD CLATFELTER, an individual,<br><br>      Defendants,<br><br>JESSICA DEUCHER, an individual,<br><br>      Relief Defendant<br><br> And<br><br>HODGES HOLDING, LLC, and U.S. BANK NATIONAL ASSOCIATION,<br><br>      Intervenors. | **ORDER GRANTING RECEIVER'S NINTH INTERIM FEE APPLICATION FOR SERVICES RENDERED FROM OCTOBER 1, 2019 THROUGH MARCH 31, 2020**<br><br>Case No. 2:16-cv-00040-JNP<br><br>Judge: Hon. Jill N. Parrish |

Before the court is the Receiver's Ninth Interim Fee Application for Services Rendered from October 1, 2019 through March 31, 2020. Having considered the Ninth Interim Fee Application and the exhibits attached thereto, the court GRANTS the motion.

The Court hereby approves the Receiver's fees and Attorneys' Fees identified in this Ninth Interim Fee Application filed June 30, 2020 from the Receivership Account for a total payment of $40,268.24, including $26,840.00 in Receiver's fees, $13,064.40 in attorneys' fees and $363.84 in costs to be made by the Receiver when sufficient settlement funds to cover the

1

payment are deposited in the Receivership Account.

DATED July 2, 2020, 2020.

                              THE COURT

                              Judge Jill N. Parrish