# EXHIBIT A

**Standardized Fund Accounting Report for Receiver's Account, Marquis - Cash Basis**
SEC v. Marquis Properties, LLC; Civil Court Docket No. 2:16-cv-00040-JNP
Reporting Period 4/1/2020 to 9/30/2020

| | Fund Accounting (See Instructions): | Detail | Subtotal |
|---|---|---:|---:|
| Line 1 | Beginning Balance (As of 4/1/2020): | $ 15,060.21 | $ 15,060.21 |
| | *Increases in Fund Balance:* | | |
| Line 2 | Business Income | $ - | $ - |
| Line 3 | Cash & Securities | $ - | $ - |
| Line 4 | Interest/Dividend Income | $ 10.34 | $ 10.34 |
| Line 5 | Business Asset Liquidation | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ 4,680.85 | $ 4,680.85 |
| Line 8 | Miscellaneous - Other | $ 259.50 | $ 259.50 |
| | Total Funds Available (Lines 1-8): | $ 20,010.90 | $ 20,010.90 |
| | *Decreases in Fund Balance:* | | |
| Line 9 | Disbursement to Investors | $ - | $ - |
| Line 10 | **Disbursements for Receivership Operations** | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ - |
| Line 10b | Business Asset Expenses | $ - | $ - |
| Line 10c | Personal Asset Expenses | $ - | $ - |
| Line 10d | Investments Expenses | $ - | $ - |
| Line 10e | Third-Party Litigation Expenses | | |
| | 1. Attorney Fees | $ - | $ - |
| | 2. Litigation Expenses | | |
| | Total Third-Party Litigation Expenses | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | | |
| Line 10g | Federal and State Tax Payments | $ - | $ - |
| | Total Disbursements for Receivership Operations | $ - | $ - |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | |
| Line 11a | *Distribution Plan Development Expenses:* | | |
| | 1. Fees: | | |
| |     Fund Administrator | | |
| |     Independent Distribution Consultant (IDC) | | |
| |     Distribution Agent | | |
| |     Consultants | | |
| |     Legal Advisers | | |
| |     Tax Advisers | | |
| | 2. Administrative Expenses | | |
| | 3. Miscellaneous | | |
| | Total Plan Development Expenses | $ - | $ - |
| Line 11b | *Distribution Plan Implementation Expenses:* | | |
| | 1. Fees: | | |
| |     Fund Administrator | | |
| |     Independent Distribution Consultant (IDC) | | |
| |     Distribution Agent | | |
| |     Consultants | | |
| |     Legal Advisers | | |
| |     Tax Advisers | | |
| | 2. Administrative Expenses | | |
| | 3. Investor Identification: | | |
| |     Notice/Publishing Approved Plan | | |
| |     Claimant Identification | | |
| |     Claims Processing | | |
| |     Web Site Maintenance/Call Center | | |
| | 4. Fund Administrator Bond | | |
| | 5. Miscellaneous | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | |
| | Total Plan Implementation Expenses | $ - | $ - |
| | Total Disbursements for Distribution Expenses Paid by the Fund | $ - | $ - |
| Line 12 | **Disbursements to Court/Other:** | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - |
| | Total Disbursements to Court/Other: | $ - | $ - |
| | Total Funds Disbursed (Lines 9-11): | $ - | $ - |
| Line 13 | Ending Balance (As of 9/30/2020): | $ 20,010.90 | $ 20,010.90 |

**Standardized Fund Accounting Report for Receiver's Account, Marquis - Cash Basis**
SEC v. Marquis Properties, LLC; Civil Court Docket No. 2:16-cv-00040-JNP
Reporting Period 4/1/2020 to 9/30/2020

| Line 14 | Ending Balance of Fund - Net Assets: | | |
|---|---|---|---|
| Line 14a | Cash & Cash Equivalents | $ - | $ - |
| Line 14b | Investments | $ - | $ - |
| Line 14c | Other Assets or Uncleared Funds | $ - | $ - |
| | Total Ending Balance of Fund - Net Assets | $ - | $ - |

| Other Supplemental Information: | | | |
|---|---|---|---|
| | | **Detail** | **Subtotal** |
| | *Report of items NOT to be paid by the Fund:* | | |
| Line 15 | **Disbursements for Plan administration Expenses Not Paid by the Fund:** | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | |
| |   1. Fees: | | |
| |     Fund Administrator | | |
| |     Independent Distribution Consultant (IDC) | | |
| |     Distribution Agent | | |
| |     Consultants | | |
| |     Legal Advisers | | |
| |     Tax Advisers | | |
| |   2. Administrative Expenses | | |
| |   3. Miscellaneous | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | $ - | $ - |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | |
| |   1. Fees: | | |
| |     Fund Administrator | | |
| |     Independent Distribution Consultant (IDC) | | |
| |     Distribution Agent | | |
| |     Consultants | | |
| |     Legal Advisers | | |
| |     Tax Advisers | | |
| |   2. Administrative Expenses | | |
| |   3. Investor Identification: | | |
| |     Notice/Publishing Approved Plan | | |
| |     Claimant Identification | | |
| |     Claims Processing | | |
| |     Web Site Maintenance/Call Center | | |
| |   4. Fund Administrator Bond | | |
| |   5. Miscellaneous | | |
| |   6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | |
| | *Total Plan Implementation Expense Not Paid by the Fund* | $ - | $ - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | $ - | $ - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | $ - | $ - |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | $ - | $ - |
| Line 16a | Investment Expenses/CRIS Fees | | |
| Line 16b | Federal Tax Payments | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | $ - | $ - |
| Line 17 | **DC & State Tax Payments** | $ - | $ - |
| Line 18 | **No. of Claims:** | | |
| Line 18a | # of Claims Received This Reporting Period | 0 | |
| Line 18b | # of Claims Received Since Inception of Fund | 0 | |
| Line 19 | **No. of Claimants/Investors:** | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 0 | |

Receiver: Maria E. Windham

By: /s/ Maria E. Windham
   (signature)

   Maria E. Windham
   (printed name)

Receiver of Marquis Properties Receivership

Date: December 1, 2020

| Grand Total |
|---|
| $ 15,060.21 |
| |
| $ - |
| $ - |
| $ 10.34 |
| $ - |
| $ - |
| $ 4,680.85 |
| $ 259.50 |
| $ 20,010.90 |
| |
| $ - |
| |
| $ - |
| $ - |
| $ - |
| $ - |
| |
| $ - |
| |
| $ - |
| |
| $ - |
| $ - |
| |
| $ - |
| |
| $ - |
| $ - |
| |
| $ - |
| $ - |
| $ - |
| $ - |
| $ 20,010.90 |

| | |
|---|---|
| $ | - |
| $ | - |
| $ | - |
| $ | - |

| |
|---|
| **Grand Total** |

| | |
|---|---|
| $ | - |

| | |
|---|---|
| $ | - |
| $ | - |
| $ | - |
| $ | - |
| $ | - |
| $ | - |